PD-1317-14

Stevie Wyre

vs

The State of Texas

IN the Court of Criminal Appeal of Texas

Motion for Rehearing
Petition Discretionary Review

To: the Honorable Judge of this Court

I, Stevie Wyre Asking for permission to file A Motion for Rehearing for Petition Discretionary Review, Tex. Rules 79. I Received A card stamped 2/4/15. But I Received it until 2/13/15 by the Eastham Unit Legal Mail, that give me A couples days to prepare the briefs.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

Respectfully Submitted
Stevie Wyre #1858012

1858012 Stevie Whyte
Eastham Unit
2665 Prison Rd "1
Lovelady, Texas 75851

NORTH TEXAS TX DXX
DALLAS TX 750
25 FEB 2015 PM 31

78711230808

Att: Abel Acosta "Clerk"
Court of Criminal Appeal of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711